Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION



**Name of Offender :**  DWAYNE PORTER       **Case Number :**  053L 2:00CR00340-001S

**Name of Sentencing Judicial Officer** :   Honorable Mary Ann Vial Lemmon

**Offense:**   18 U.S.C. 922(g)(1) and 18 U.S.C. 924(a)(2) - Violation of the Federal Gun Control Act (Counts 1 and 2)

**Date of Sentence :**  February 07, 2001

**Sentence:**  18 months custody of the Bureau of Prisons as to Counts 1 and 2 concurrent, to be followed by a three year term of supervised release. A $200.00 special assessment was also ordered.

**Special Conditions :**

1. Financial disclosure
2. Orientation and life skills
3. Drug testing/treatment

**Type of Supervision :**   Supervised Release       **Date Supervision Commenced :**  February 22, 2002

**Assistant U.S. Attorney:**   Duane Evans       **Defense Attorney :**  Virginia Schleuter

---

### PETITIONING THE COURT

[ ] To issue a warrant                              [ X ] To issue a summons

For the appearance of Dwayne Porter before Magistrate Judge Louis Moore, Jr., on February 25, 2005, at 10:00 A.M. for an Initial Appearance Hearing and before this court on March 30, 2005, at 2:00 P.M. to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition: | On January 17, 2005, Porter was arrested by members of the New Orleans Police Department and charged with domestic violence. Porter's next scheduled court date in this matter is set for May 4, 2005, in Orleans Parish Municipal Court under docket number 952-975. |

**CUSTODIAL STATUS :**

None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 14, 2005

DATE OF ENTRY

FEB 1 7 2005

___ Fee_____
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.

*signature*
Michael E. Fulham
U.S. Probation Officer

REVIEWED BY:

*signature*
Matthew G. Arseneaux
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*signature*
Signature of Judicial Officer

2/15/05
Date

Address of Offender:   644 N. Miro
                       New Orleans, LA 70119

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING **ONLY**:
   Original       -  Clerk's Office
   1 Copy Certified  -  U.S. Attorney
   1 Copy Certified  -  U.S. Marshal's Office
   2 Copies Certified -  U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE **INITIAL APPEARANCE HEARING**



JILL N. BENOIT
CHIEF PROBATION OFFICER

RECEIVED
FEB 15 2005
U.S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

February 14, 2005

Honorable Mary Ann Vial Lemmon
United States District Judge
500 Poydras Street, Room C-406
New Orleans, Louisiana 70130

                RE: PORTER, Dwayne
                    Dkt. No: 0531 2:00CR00340-001S
                    REQUEST FOR SUMMONS

Dear Judge Lemmon:

On February 7, 2001, Dwayne Porter appeared before Your Honor for sentencing following his plea of guilty to two counts of Violation of the Federal Gun Control Act. He was sentenced to serve 18 months in the custody of the Bureau of Prisons as to Counts 1 and 2, to be served concurrently, to be followed by a three year term of supervised release, as to each count, concurrent. A $200.00 special assessment was also imposed. As special conditions of supervision, Porter was ordered by abide by the financial disclosure condition, participate in an orientation and life skills program, and participate in drug testing/treatment.

Porter's supervision commenced on February 22, 2002, in the Eastern District of Louisiana. On January 31, 2005, Your Honor was notified that Porter had violated the conditions of his supervision as evidenced by his January 17, 2005, arrest by members of the New Orleans Police Department for the charge of domestic violence. This officer initially recommended that no court action be taken at that time, and that Porter's supervision to be allowed to expire as scheduled on February 21, 2005. However, on February 2, 2005, Your Honor requested that a warrant or summons be issued for Dwayne Porter.

Accordingly, Probation Form 12C is attached for Your Honor's signature, should Your Honor concur in this matter. It is this writer's intention to recommend a $5,000 unsecured bond when Porter appears before the U. S. Magistrate Judge for his initial appearance hearing.

Should Your Honor have any questions concerning this matter, please contact this officer at 589-3239.

RE: PORTER, Dwayne
Page Two

                                  Respectfully,

                                  Michael E. Fulham
                                  U. S. Probation Officer

MEF/tah

Attachment

**REVIEWED BY:**      Matthew G. Arseneaux
                        Supervising U.S. Probation Officer