FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -3  AM 9: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-340 |
| v. | * | SECTION: "S" |
| DWAYNE PORTER | * | |

\* \* \*

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **DWAYNE PORTER** appear before this Court on the **30th** day of **March**, 2005 at **2:00** o'clock **p**.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this _2_ day of _March_, 2005.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
✓  CtRmDep_____
\_\_ Doc. No_____