```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2005 MAR -4  PM 2:22

                                         LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *     CRIMINAL DOCKET

VERSUS                            *     NUMBER: 00-340

DWAYNE PORTER                     *     SECTION: "S"

### UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

**NOW INTO COURT** comes the defendant Dwayne Porter who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the supervised release revocation hearing currently set for March 30, 2005. The requested continuance is based of the following:

I.

Mr. Porter's court appointed attorney Virginia Laughlin Schlueter will be out of town and unable to represent Mr. Porter at his Rule to Show Cause why his supervision should not be revoked before this Honorable Court on Monday, March 30, 2005.

II.

The defendant has been released on bond. He has been contacted regarding the continuance and has no objection to the motion.



III.

Assistant United States Attorney Duane Evans and United States Probation Officer Michael Fulham have been contacted and have no objection to this continuance.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant a continuance of the revocation hearing.

Respectfully submitted this 4th day of March, 2005.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

_____
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 11587

**CERTIFICATE**

    I hereby certify that a copy of the foregoing Motion to Continue Revocation Hearing has been served on Assistant United States Attorney William Duane Evans, and United States Probation Officer Michael Fulham, 500 Poydras Street, New Orleans, Louisiana 70130 by hand-delivering same, this 4th day of March, 2005.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender