UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR -7 AM 11: 43
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-340 |
| DWAYNE PORTER | * | SECTION: "S" |

**O R D E R**

The foregoing considered,

**IT IS ORDERED** that the revocation hearing in the above captioned matter is hereby continued until the **20ᵀᴴ** day of **April, 2005**, at ~~1:30~~ 2:00 P.M

New Orleans, Louisiana, this ___ day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____