

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        CIVIL ACTION

VERSUS        NO: 00-340

DWAYNE PORTER        SECTION: "S" (3)

### ORDER

**IT IS HEREBY ORDERED** that the revocation hearing set for April 20, 2005 is continued to June 15, 2005 at 2:00 p.m..

New Orleans, Louisiana, this 20th day of April, 2005.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____