MINUTE ENTRY
VIAL LEMMON, J.
JUNE 15, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-340 |
| DWAYNE PORTER | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, JUNE 15, 2005 AT 2:00 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Cynthia Crawford

APPEARANCES:    Duane Evans for the Government
                Virginia Schlueter for the defendant

**RULE TO REVOKE SUPERVISED RELEASE**

The defendant was present with his counsel.

At the request of counsel, this matter was continued to September 21, 2005 at 2:00 p.m.

The defendant was released on his present bond.

JS-10: 0:15

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.