FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -4  PM 4: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-340 |
| DWAYNE PORTER | * | SECTION: "S" |

### UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

**NOW INTO COURT** comes the defendant Dwayne Porter who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the supervised release revocation hearing currently set for September 21, 2005. The requested continuance is based of the following:

I.

Mr. Porter's court appointed attorney, Virginia Laughlin Schlueter, will be out of town and unable to represent Mr. Porter at his Rule to Show Cause why his supervision should not be revoked. Further, although the defendant has not missed any court-ordered counseling sessions, defendant will be unable to complete all court-ordered counseling sessions before September 21, 2005. With the additional time he will be able to complete all court-ordered sessions that may moot the need for revocation.

II.

The defendant has been released on bond. He has been contacted regarding the continuance and has no objection to the motion.

III.

Assistant United States Attorney Duane Evans and United States Probation Officer Michael Fulham have been contacted and have no objection to this continuance.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant a continuance of the revocation hearing.

Respectfully submitted this ____ day of August, 2005.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 11587

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion to Continue Revocation Hearing has been served on Assistant United States Attorney William Duane Evans, and United States Probation Officer Michael Fulham, 500 Poydras Street, New Orleans, Louisiana 70130 by hand-delivering same, this 4th day of August, 2005.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender