UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -9 PM 2: 11

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-340 |
| DWAYNE PORTER | * | SECTION: "S" |

## ORDER

The foregoing considered,

**IT IS ORDERED** that the revocation hearing in the above captioned matter is hereby continued until the ___5___ day of ___October___, 2005, at ___10___ O'clock. a.m.

New Orleans, Louisiana, this ___9___ day of ___August___, 2005.

_____
UNITED STATES DISTRICT JUDGE