

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-340 |
| DWAYNE PORTER | SECTION: "S" |

### ORDER

**IT IS HEREBY ORDERED** that the revocation hearing set for October 5, 2005 is reset to November 17, 2005 at 2:00 p.m.

New Orleans, Louisiana, this 9th day of November, 2005.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____