MINUTE ENTRY
VIAL LEMMON, J.
NOVEMBER 17, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-340 |
| DWAYNE PORTER | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, NOVEMBER 17, 2005 AT 2:00 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Karen Ibos

APPEARANCES:   Duane Evans for the Government
               Virginia Schlueter for the defendant

**RULE TO REVOKE SUPERVISED RELEASE**

The defendant was not present.

The rule to revoke was continued until December 14, 2005 at 2:00 p.m. Counsel are to notify the court whether the defendant will stipulate to the allegations contained in the rule to revoke and the sentence to be imposed.

JS-10: 0:06

___ Fee_____
___ Process____
X   Dktd_____
___ CtRmDep___
___ Doc. No.___