FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -2  P 4: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-340 |
| DWAYNE PORTER | * | SECTION: "S" |

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE REVOCATION HEARING

**NOW INTO COURT** comes the defendant Dwayne Porter who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the revocation hearing currently scheduled for Wednesday, December 14, 2005. The requested continuance is based of the following:

I.

Undersigned counsel has a direct scheduling conflict due to a re-sentencing in the matter of United States v. James Hayes, No. 01-311, before the Honorable Carl J. Barbier. The re-sentencing is a result of a remand from the United States Fifth Circuit Court of Appeals and is scheduled on December 14, 2005 at 1:30 p.m. Additionally, United States Probation Officer Michael Fulham has advised counsel that he also has a court appearance in

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

another matter on December 14, 2005, in New Orleans, which conflicts with him traveling to Houma, Louisiana.

II.

Mr. Porter has been released on bond and has been displaced due to Hurricane Katrina. Counsel has been able to contact Mr. Porter only once since the storm to discuss his case with him. Additional time is necessary for counsel to relocate her client.

III.

Assistant United States Attorney Duane Evans and United States Probation Officer Michael Fulham have been contacted and have no objection to this continuance.

**WHEREFORE,** the defendant respectfully requests that this Honorable Court grant a continuance of the revocation hearing for thirty days.

Respectfully submitted this 2nd day of December, 2005.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 11587

**CERTIFICATE**

I hereby certify that a copy of the foregoing Motion to Continue Revocation Hearing has been served on Assistant United States Attorney William Duane Evans, and United States Probation Officer Michael Fulham, 500 Poydras Street, 2nd Floor, New Orleans, Louisiana, 70130 by hand-delivering same, this __2nd__ day of December, 2005.

_____
VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender