UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -7  A 10: 51

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA          *     CRIMINAL DOCKET

VERSUS                             *     NUMBER: 00-340

DWAYNE PORTER                      *     SECTION: "S"

O R D E R

The foregoing considered, *and counsel's inability to locate her client,*

**IT IS ORDERED** that the revocation hearing in the above captioned matter is hereby continued until the ___1___ day of _February_, 200_6_, at _2:00_ _p_.m.

New Orleans, Louisiana, this _6_ day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓ CtRmDep_____
___ Doc. No._____