UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     CRIMINAL ACTION

VERSUS     NUMBER   00-340

Dwayne Porter     SECTION   "S"

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

_____ set(s) for trial or hearing scheduled on:
2/1/06
DATE OF TRIAL OR HEARING

_[signature]_
Attorney's Signature

500 Poydras St., Ste. 318
Attorney's Address

New Orleans, LA 70130

11587
Attorney's Bar Number

Defendant
Party Attorney Represents

\_\_ Fee\_\_\_\_
✓ Process\_\_\_\_
X Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No \_\_

*FILED 2006 JAN 24 PM 4:24 LORETTA G. WHYTE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF LA*