

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-340 |
| DWAYNE PORTER | * | SECTION: "S" |

### UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

**NOW INTO COURT** comes the defendant Dwayne Porter who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the supervised release revocation hearing currently set for Wednesday, February 1, 2006 at 1:30 p.m. The requested continuance is based on the following:

I.

Mr. Porter's court appointed attorney, Virginia Laughlin Schlueter, will be attending a Federal Public Defender's Conference in Los Angeles and unable to represent Mr. Porter at the time of his presently scheduled Rule to Show Cause why his supervision should not be revoked.

II.

Since the last proceeding in Houma Mr. Porter has reported to his probation officer and is aware of the scheduled hearing but is specifically requesting that undersigned counsel be

present when he next appears before the court. A continuance of the hearing will afford Mr. Porter continuity of counsel.

III.

Since Mr. Porter last appeared in Federal Court he has completed all court-ordered counseling sessions.

IV.

After being displaced by Hurricane Katrina, Mr. Porter returned to New Orleans in October and has been gainfully employed working twelve hours a day, seven days of the week supervising the removal of debris for the Army Corps of Engineers.

V.

Assistant United States Attorney Duane Evans and United States Probation Officer Michael Fulham have been contacted and have no objection to this continuance.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant a continuance of the revocation hearing.

Respectfully submitted this 25th day of January, 2006.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 11587

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion to Continue Revocation Hearing has been served on Assistant United States Attorney William Duane Evans, and United States Probation Officer Michael Fulham, 500 Poydras Street, New Orleans, Louisiana 70130 by hand-delivering same, this 25th day of January, 2006.

VIRGINIA LAUGHLIN SCHLUETER<br>
Federal Public Defender