UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 26  P 1:06
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-340 |
| DWAYNE PORTER | * | SECTION: "S" |

### ORDER

The foregoing considered,

**IT IS ORDERED** that the revocation hearing in the above captioned matter is hereby continued until the 22 day of February, 2006, at 2:00 o'clock p.m.

New Orleans, Louisiana, this 26 day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE