UNITED STATES DISTRICT COURT
FILED
January 30, 2006
EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA — CRIMINAL NO. 00-340

VERSUS — SECTION "S"

DWAYNE PORTER — VIOLATION:

NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for a rule to revoke supervised release on Wednesday, February 22, 2006 at 2:00 p.m., before Judge Mary Ann Vial Lemmon,500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: January 30, 2006

LORETTA G. WHYTE, CLERK

by: [signature]
Deputy Clerk

TO:

DWAYNE PORTER
604 N. Rocheblave
New Orleans, La. 70119

FEDERAL PUBLIC DEFENDER
Virginia Schlueter

**If you change address, notify clerk of court by phone, <Phone Number>**

AUSA: DUANE EVANS

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER:

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.