

MINUTE ENTRY
VIAL LEMMON, J.
FEBRUARY 22, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-340 |
| DWAYNE PORTER | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, FEBRUARY 22, 2006 AT 2:00 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:  Bonnie Hebert

APPEARANCES:    Duane Evans for Government
                Virginia Schlueter for the defendant

**RULE TO REVOKE SUPERVISED RELEASE**

Defendant was present with his counsel.

Argument presented by counsel.

    Witness called and placed under oath:
    Teoka West.

Rule to Revoke Supervised Release denied.

The defendant was released.

JS-10: 0:20